#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL ACTION |
| | ) | |
| v. | ) | No. 10-20129-11-KHV |
| | ) | |
| DANIEL CARDENAS GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

#### ORDER TO SHOW CAUSE

On September 15, 2011, the Court sentenced defendant to 170 months in prison. The Court on its own motion may reduce a sentence if the defendant was sentenced based on a guideline range that the Sentencing Commission has subsequently lowered. See 18 U.S.C. § 3582(c)(2). Amendment 782 to the Sentencing Guidelines appears to lower defendant's total offense level by at least two levels. Accordingly, the Court directs that the parties show good cause in writing why the Court on its own motion—under 18 U.S.C. § 3582(c)(2) and Amendment 782—should not reduce defendant's sentence from 170 months to time served.

**IT IS THERFORE ORDERED that on or before January 5, 2021, the Office of the Federal Public Defender shall enter an appearance for defendant if it can do so without violating relevant canons of ethics.**

**IT IS FURTHER ORDERED that on or before January 6, 2021, the parties shall show good cause in writing why the Court on its own motion—under 18 U.S.C. § 3582(c)(2) and Amendment 782—should not reduce defendant's sentence from 170 months to time served.**

**The Clerk is directed to forward a copy of this order to the Office of the Federal**

**Public Defender.**

Dated this 30th day of December, 2020 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge